UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

vs.

Lincoln Erickson,

       Defendant.

Case No. 2:25-cr-20924
Honorable Terrence G. Berg

---

### First Forfeiture Bill of Particulars

---

The United States, by and through its counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule7(f) of the Federal Rules of Criminal Procedure to supplement and clarify the forfeiture allegations contained in the Superseding Indictment and to provide notice of specific property the government intends to forfeit upon conviction.

The allegations set forth in the Indictment are re-alleged and incorporated herein by this reference for the purpose of alleging forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(a) and 18 U.S.C. § 2253.

If convicted of an offense charged in Count Two of the Superseding Indictment, Lincoln Erickson shall forfeit to the United States : (1) any property which constitutes or is derived from proceeds traceable to the offense, and (2) any

property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense.

If convicted of an offense charged in Count One, Lincoln Erickson shall forfeit to the United States:

(a) Any visual depiction described in Section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, which includes, but is not limited to the following:

- Apple iPhone 17 Pro cellular phone, Model: MG7K4LL/A, Serial Number: M60QWLXD3F, silver/white in color with case

This notice does not limit the government from seeking the forfeiture of additional specific property, including substitute assets, or limit the government from seeking the imposition of a forfeiture money judgment.

//

//

//

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

S/Catherine E. Morris
Catherine E. Morris (P84371)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9562
Catherine.Morris@usdoj.gov

Dated: February 10, 2026

## Certification of Service

I hereby certify that on February 10, 2026, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

<u>S/Catherine E. Morris</u>
Catherine E. Morris (P84371)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9562
Catherine.Morris@usdoj.gov