UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Case No. 2:25-cr-20924
Hon. Terrence G. Berg

LINCOLN ERICKSON,

Defendant.

________________________________/

**UNITED STATES' SENTENCING MEMORANDUM**

Lincoln Erickson has pleaded guilty to receipt of child pornography, which carries a mandatory minimum 5-year penalty. But he also admitted to facts in the plea agreement which would support a conviction for attempted coercion and enticement of a minor, a 10-year mandatory minimum sentence. In exchange for Erickson's plea, the parties have agreed that a 108-month (9-year) sentence is the appropriate disposition of this case (ECF No. 23, PageID.65) which is significantly higher than the anticipated guideline range for the crime of conviction. Accordingly, the government recommends a sentence of 108 months as "sufficient, but not greater than necessary, to comply with the purposes of sentencing set forth in 18 U.S.C. § 3553(a)." *United States v. Vowell*, 516 F.3d 503, 512 (6th Cir. 2008).

## I. Background

*Instant Offense (Count One, Receipt of Child Pornography)*

On December 9, 2025, the FBI obtained a search warrant for Erickson's person and electronic devices based on chats that Erickson had exchanged with the subject of a different FBI investigation. Agents located Erickson at a hospital in Detroit, where he worked, and executed the search warrant.

Agents approached Erickson in the parking lot and seized his phone. Erickson admitted to agents that he received child pornography that he thought was generated by artificial intelligence from a man in Chicago. After a preliminary review of Erickson's phone, agents discovered the following chat with a Telegram User from December 6, 2025, where Erickson received numerous media files that meet the federal definition of child pornography:

**Erickson:** Hey stud *devil emoji*
**Telegram User:** Yo
**Telegram User:** You ever fucked a boy?
**Erickson:** Wanna talk about young boys with you as we fuck
**Erickson:** No, I wish
**Erickson:** You?
**Telegram User:** 16 was the youngest
**Erickson:** Damn, that's not young *devil emoji*
**Telegram User:** I wanna do 12
**Erickson:** I wanna go like 8-10
…
**Erickson:** Maybe you get
**Erickson:** Younger
**Telegram User:** Would you fuck a toddler?
**Erickson:** Maybe
**Erickson:** Definitely would play with him a lot

**Telegram User:** Got any vids?
**Erickson:** Nope
**Erickson:** You?
**Telegram User:** A few
**Erickson:** Send them please *drooling face emoji*
**Erickson:** Fuckkkk
**Telegram User:** And a bunch of AI images I made
**Erickson:** Bro, I love other pedophiles
**Erickson:** So hot
**Telegram User:** [Sends a video of a minor boy being anally penetrated by the penis of an unidentified man while the boy is performing oral sex on a different unidentified man]
**Telegram User:** [Sends a compilation of videos of a minor boy masturbating]
**Erickson**: Fuck he's cute
…
**Telegram User:** [Sends at least 15 images which appear to be artificial intelligence and/or computer-generated images depicting nude minor boys touching nude adult men]

The files exchanged in this chat serve as the basis for Count One, receipt of child pornography. Based on the above, Erickson was arrested and a complaint was filed on December 11, 2025.

*Investigation of Count Two, Attempted Coercion and Enticement*

Erickson's phone contained chats with SUBJECT-1 that form the basis for Count Two of the superseding indictment.

On June 11, 2024, Erickson messages SUBJECT-1 "Happy Father's Day. Hope you get the youngest one a bath today[.]" In previous messages, SUBJECT-1 explained to Erickson that he had three minor children, who the FBI determined through later investigation would have been between the approximate ages of 5

and 11 years old in June 2024. SUBJECT-1 responds "Thank you! They all will." Erickson responds, "Woof."

On June 16, 2024, Erickson and SUBJECT-1 exchange the following:



↖ Sent
Local User <00008150-000E64861E30401C_files_full.zip> 6/16/2024 7:56:06.000 PM
I want to bath the youngest with you soon

↖ Sent
Local User <00008150-000E64861E30401C_files_full.zip> 6/16/2024 7:56:10.000 PM
Pls

SUBJECT-1 [redacted]
↘ Received
6/16/2024 7:56:35.000 PM
You guys have plans tonight?

↖ Sent
Local User <00008150-000E64861E30401C_files_full.zip> 6/16/2024 7:56:41.000 PM
Nope. Why?

SUBJECT-1 [redacted]
↘ Received
6/16/2024 7:57:03.000 PM
No plans here either

7:57:22.000 PM
How can we do this? Wanna come over to ours?

SUBJECT-1
↘ Received
6/16/2024 7:57:27.000 PM
She picks them up at 8

SUBJECT-1
↘ Received
6/16/2024 7:58:02.000 PM
Would be a mess to bring them all over lol

Local User <00008150-000E64861E30401C_files_full.zip>
↖ Sent
6/16/2024 7:58:25.000 PM
Haha, I'm just thinking the others would think it's weird he's getting a bath

Local User <00008150-000E64861E30401C_files_full.zip>
↖ Sent
6/16/2024 7:58:40.000 PM
But if you have a plan 😼

SUBJECT-1
↘ Received
6/16/2024 8:02:22.000 PM
Haha I never have a plan

Local User <00008150-000E64861E30401C_files_full.zip>
↖ Sent
6/16/2024 8:02:36.000 PM
Ok, let's plan day me, you and [redacted]

SUBJECT-1
↘ Received
6/16/2024 8:02:39.000 PM
But they always shower before they go back to their moms

SUBJECT-1
↘ Received
6/16/2024 8:02:49.000 PM

[redacted]n Florida

↖ Sent
Local User <00008150-000E64861E30401C_files_full.zip> 6/16/2024 8:03:02.000 PM
Ok, we will come over tonight. Haha woof

SUBJECT-1 ↘ Received 6/16/2024 8:03:10.000 PM
Haha ok

↖ Sent
Local User <00008150-000E64861E30401C_files_full.zip> 6/16/2024 8:03:24.000 PM
I wanna see those cocks

SUBJECT-1 ↘ Received 6/16/2024 8:03:49.000 PM

↖ Sent
Local User <00008150-000E64861E30401C_files_full.zip> 6/16/2024 8:04:09.000 PM
ESP of the young one

↖ Sent
Local User <00008150-000E64861E30401C_files_full.zip> 6/16/2024 8:04:16.000 PM

SUBJECT-1 ↘ Received 6/16/2024 8:04:40.000 PM
Horny today

↖ Sent

When Erickson tells SUBJECT-1 they are close to his house, SUBJECT-1 appears confused because Erickson just told SUBJECT-1 they were at a basketball tournament in Ludington. SUBJECT-1 at first appears caught off guard, but then invites Erickson into his house at 6:47 p.m. (10:47 p.m. UTC as shown in the

below chats), over an hour before 8:00 p.m., when the mother of SUBJECT-1's children was scheduled to pick up SUBJECT-1's kids:

SUBJECT-1
↘ Received
6/16/2024 8:43:26.000 PM
Yea. You might want to get that checked by a dr

Local User <00008150-000E64861E30401C_files_full.zip>
↖ Sent
6/16/2024 8:43:56.000 PM
Laughed at "Yea. You might want to get that checked by a dr "

SUBJECT-1
↘ Received
6/16/2024 8:47:55.000 PM
Or a nurse 😝

Local User <00008150-000E64861E30401C_files_full.zip>
↖ Sent
6/16/2024 9:08:29.000 PM
Loved "Or a nurse 😝"

Local User <00008150-000E64861E30401C_files_full.zip>
↖ Sent
6/16/2024 9:08:34.000 PM
Woof

SUBJECT-1
↘ Received
6/16/2024 9:54:25.000 PM
You guys have plans tonight?

Local User <00008150-000E64861E30401C_files_full.zip>
↖ Sent
6/16/2024 9:54:55.000 PM
Nope. We gotta pick up our dog tho haha

Local User <00008150-000E64861E30401C_files_full.zip>
↖ Sent
6/16/2024 9:55:07.000 PM
We just got back from Ludington

SUBJECT-1 ↘ Received 6/16/2024 9:55:40.000 PM

Oof that's a fucking drive

Local User <00008150-000E64861E30401C_files_full.zip> ↖ Sent 6/16/2024 10:00:16.000 PM

Yes. It was

Local User <00008150-000E64861E30401C_files_full.zip> ↖ Sent 6/16/2024 10:38:08.000 PM

5 min out

Local User <00008150-000E64861E30401C_files_full.zip> ↖ Sent 6/16/2024 10:38:14.000 PM

Wanna hang tonight?

SUBJECT-1 ↘ Received 6/16/2024 10:39:06.000 PM

5 min till you're home?

Local User <00008150-000E64861E30401C_files_full.zip> ↖ Sent 6/16/2024 10:39:59.000 PM

Until at your house

Local User <00008150-000E64861E30401C_files_full.zip> ↖ Sent 6/16/2024 10:40:01.000 PM

:-)

Haha oh.

↖ Sent
Local User <00008150-000E64861E30401C_files_full.zip> 6/16/2024 10:41:02.000 PM

Wassss that not the plan?

↖ Sent
Local User <00008150-000E64861E30401C_files_full.zip> 6/16/2024 10:41:10.000 PM

↖ Sent
Local User <00008150-000E64861E30401C_files_full.zip> 6/16/2024 10:41:12.000 PM

↘ Received
SUBJECT-1 6/16/2024 10:41:19.000 PM

Wasn't sure haha

↖ Sent
Local User <00008150-000E64861E30401C_files_full.zip> 6/16/2024 10:41:28.000 PM

What are you doing tonight?

↖ Sent
Local User <00008150-000E64861E30401C_files_full.zip> 6/16/2024 10:41:32.000 PM

Come out with us

↘ Received
SUBJECT-1 6/16/2024 10:42:11.000 PM

No plans as of right now. Work early tomorrow

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 6/16/2024 10:42:18.000 PM

Kk. Same cool

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 6/16/2024 10:42:32.000 PM

Want us to wait a bit?

↘ Received
SUBJECT-1 6/16/2024 10:44:34.000 PM

You're basically here aren't you?

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 6/16/2024 10:44:46.000 PM

Yessir

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 6/16/2024 10:44:58.000 PM

We are already outside mofo

↘ Received
SUBJECT-1 6/16/2024 10:47:04.000 PM

Hahaha oh

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 6/16/2024 10:47:28.000 PM

We can plan another night. My b

↘ Received
SUBJECT-1 6/16/2024 10:47:37.000 PM

Doors open

SUBJECT-1 ↘ Received 6/16/2024 10:49:31.000 PM
Just pull off?

SUBJECT-1 ↘ Received 6/16/2024 10:55:15.000 PM
Guess so lol

**Local User <00008150-000E64861E30401C_files_full.zip>** ↖ Sent 6/16/2024 11:07:58.000 PM
Sorry, weird vibe

SUBJECT-1 ↘ Received 6/16/2024 11:08:59.000 PM
All good. Just was thinking you were getting the pup and headed home.

**Local User <00008150-000E64861E30401C_files_full.zip>** ↖ Sent 6/16/2024 11:09:57.000 PM
Liked "All good. Just was thinking you were getting the p…"

SUBJECT-1 ↘ Received 6/17/2024 12:40:42.000 AM
And they're gone. House is way too quiet.

**Local User <00008150-000E64861E30401C_files_full.zip>** ↖ Sent 6/17/2024 1:18:48.000 AM
Loved "And they're gone. House is way too quiet. "

**Local User <00008150-000E64861E30401C_files_full.zip>** ↖ Sent 6/17/2024 1:19:01.000 AM
You can come hangout if you want

On July 5, 2024, ERICKSON and SUBJECT-1 exchange the following:

Getting them ready for their moms

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 7/5/2024 11:28:16.000 PM
What you doing next weekend?

↘ Received
SUBJECT-1 7/5/2024 11:29:10.000 PM
No plans. You?

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 7/5/2024 11:29:31.000 PM
I would like to hang with you and the youngest

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 7/5/2024 11:29:36.000 PM
Just us three

↘ Received
SUBJECT-1 7/5/2024 11:31:26.000 PM
I'm never just us

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 7/5/2024 11:31:39.000 PM
What can we do?

↘ Received
SUBJECT-1 7/5/2024 11:35:13.000 PM
Not sure

On August 7, 2024, SUBJECT-1 sends Erickson a picture of himself and one of his minor children, in which they appear to be snuggling in bed.

On April 1, 2025, Erickson and SUBJECT-1 exchange the following messages:

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 4/1/2025 11:50:39.000 PM
Was so hot you told me about bathing you know who and being turned on

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 4/1/2025 11:50:44.000 PM
Think about that a lot

↘ Received
SUBJECT-1 4/1/2025 11:51:31.000 PM
Make your cock get hard?

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 4/1/2025 11:51:50.000 PM
Harder than ever

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 4/1/2025 11:51:58.000 PM
Just like I'm sure yours was

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 4/1/2025 11:52:04.000 PM

↘ Received
SUBJECT-1 4/1/2025 11:53:26.000 PM


Sent
Local User <00008150-000E64861E30401C_files_full.zip> 4/1/2025 11:55:35.000 PM
Thinking about that scene ive cum many times

Received
SUBJECT-1 4/1/2025 11:55:58.000 PM
You should send videos when you do

Sent
Local User <00008150-000E64861E30401C_files_full.zip> 4/2/2025 12:01:13.000 AM
I wanna do naughty things with you

Received
SUBJECT-1 4/2/2025 12:02:16.000 AM
Fuck yes.

Sent
Local User <00008150-000E64861E30401C_files_full.zip> 4/2/2025 12:02:29.000 AM
Touch some boys

Sent
Local User <00008150-000E64861E30401C_files_full.zip> 4/2/2025 12:02:47.000 AM
Jerk off to our deepest fantasies

Erickson then tells SUBJECT-1 about how he was molested by his father as a child "until I gave him consent," and how Erickson father was the "best dad ever." SUBJECT-1 responds "You're going to have to tell me all about it here soon[.]"

The messages suggest that on or about April 13, 2025, Erickson and SUBJECT-1 met up in person for sexual intercourse with each other. On May 11,

2025, while talking about their previous sexual encounter, the following exchange occurs:

SUBJECT-1 ↘ Received 5/11/2025 12:52:20.000 AM
Same. Loved hearing you talk and moan.

Local User <00008150-000E64861E30401C_files_full.zip> ↖ Sent 5/11/2025 12:52:21.000 AM
Love that about you

Local User <00008150-000E64861E30401C_files_full.zip> ↖ Sent 5/11/2025 12:52:33.000 AM
We both like em very young

Local User <00008150-000E64861E30401C_files_full.zip> ↖ Sent 5/11/2025 12:52:36.000 AM
So hot

SUBJECT-1 ↘ Received 5/11/2025 12:52:37.000 AM
Knowing what made you cum

Local User <00008150-000E64861E30401C_files_full.zip> ↖ Sent 5/11/2025 12:53:03.000 AM
Thinking about when I saw your son

Local User <00008150-000E64861E30401C_files_full.zip> ↖ Sent 5/11/2025 12:53:06.000 AM
Naked

SUBJECT-1 was interviewed by the FBI. He remembered the day in June 2024, when they were discussing bathing his children, and when Erickson's vehicle pulled up to his house. He claimed (despite the evidence to the contrary)

that he would never put his children in danger, and that his talk with Erickson was pure fantasy play. SUBJECT-1 essentially admitted to using his children as bait because he was sexually attracted to Erickson, and he thought that pretending to be a pedophile would allow him to stay close with Erickson.

## II. Guidelines Calculation

While the guidelines are advisory, the Court must begin its sentencing analysis by calculating the correct range. *See United States v. Booker*, 543 U.S. 220, 245 (2005). The PSR finds and the government agrees that the guideline range is 60 to 63 months. (PSR ¶ 65). However, as noted above, the parties have agreed pursuant to the Rule 11 plea agreement that a 108-month sentence is the appropriate disposition of this case.

## III. Sentencing Factors

Congress has provided various factors for courts to consider when imposing a sentence in 18 U.S.C. § 3553(a). The most relevant factors for this defendant are addressed below.

a. <u>Nature and Circumstances of the Offense, 18 U.S.C. § 3553(a)(1)</u>

Receipt of child pornography is among the most serious federal crimes, even without knowing the circumstances of an individual offender's conduct. Child pornography victims suffer from complex medical and psychological harms caused by the underlying hands-on sexual abuse. By sharing child sexually abusive

material, offenders like Erickson ensure that the market for such material continues to thrive and can be shared again and again.

It may be true that the sentencing guidelines for the receipt charge—60 to 63 months—are low, relative to typical federal targets. That is a reflection of the small amount of child pornography that the FBI found on his phone. However, Erickson is a unique danger to children in that he attempted to meet with a father who was offering his children up for a "bath" with Erickson, while Erickson was saying things like, "I wanna see those cocks… [especially] of the young one." Had Erickson been convicted of attempted coercion and enticement, the government estimates his guidelines would have been 135-168 months.[1] Under these circumstances, the parties' agreement for a 108-month sentence adequately reflects the seriousness of the offense and Erickson's danger to the community.

b. History and Characteristics of the Defendant, 18 U.S.C. § 3553(a)(1)

Erickson was finishing up his medical residency when the FBI arrested him. No medical professional with Erickson's characteristics can be trusted around children. The conviction here will require Erickson to register as a sex offender and find new work, at least for the period during which he is on supervised release.

---

[1] The government bases this estimate on a base offense level of 30, USSG § 2A3.1(a)(2), a victim under age 12, § 2A3.1(b)(2)(A), use of computer or interactive service to persuade, induce, coerce, or entice a minor, § 2A3.1(b)(6), and -3 points for acceptance of responsibility.

However, it is interesting to note that Erickson is considering moving outside of the United States to practice medicine. (PSR § 62). The government is hopeful that any future employers of Erickson will understand the full scope of his offense conduct and will not let him work around children.

As noted in the PSR, Erickson has a history of domestic violence against his ex-husband. (PSR ¶ 40). Even more disturbing, Erickson's phone shows that, shortly after he divorced his ex-husband, he began to manipulate a woman into having a child with him:

↖ Sent
**Local User <00008150-000E64861E30401C_files_full.zip>** 2/22/2025 2:55:06.000 PM
I want to be the best dad and partner

[redacted]
↘ Received
2/22/2025 2:55:13.000 PM
We definitely will sit down and figure that out when it happens lol

In March 2025, Erickson received notice that the woman was pregnant. He reacted with excitement:

**Local User <00008150-000E64861E30401C_files_full.zip>** ↖ Sent 3/10/2025 1:14:07.000 AM

Loved an image

**Local User <00008150-000E64861E30401C_files_full.zip>** ↖ Sent 3/10/2025 1:14:12.000 AM

Omg!!!!!!

**Local User <00008150-000E64861E30401C_files_full.zip>** ↖ Sent 3/10/2025 1:14:18.000 AM

We are having a baby!!!!!!!

As noted in the chats above with SUBJECT-1, it was not even one month later, in April 2025, that Erickson was telling SUBJECT-1 about how "hot" it was that SUBJECT-1 was talking about bathing his children and being "turned on," and when Erickson and SUBJECT-1 met up for intercourse while they discussed being turned on by SUBJECT-1's naked children. Erickson's history and characteristics merit a 108-month sentence.

c. Seriousness of the Offense, Just Punishment, Respect for Law, Adequate Deterrence and Protecting the Public, 18 U.S.C. § 3553(a)(2)(A)-(C)

A nine-year sentence will serve the dual goals of specific and general deterrence. Generally, individuals who traffic in child pornography need to know that they will be punished with harsh sentences. And individuals who attempt to meet up with children to sexually abuse them, even if they are not successful,

should see examples of lengthy sentences.

Specific to Erickson, a nine-year sentence will prevent him from sending or receiving more child pornography and will prevent him from victimizing real kids.

d. The need to provide the defendant with training, medical care, or other correctional treatment, 18 U.S.C. § 3553(a)(2)(D)

As noted above, Erickson has a history of domestic violence. At Erickson's detention hearing, the government presented evidence from a phone extraction of Erickson's anger issues, showing that multiple men in Erickson's community were aware that Erickson was prone to violence. Erickson's own phone shows that he would also send threatening messages to other men, like the following:




Erickson is clearly in need of the psychological treatment, anger management, and sex offender programming. The government is hopeful that Erickson will take advantage of those opportunities in prison.

e. The need to provide restitution to any victims of the offense, 18 U.S.C. § 3553(a)(7)

The government has not received victim impact statements from series victims or the mother of the three minor children who are the victims in Count Two. Should that change before sentencing, the government will file supplemental information.

## V. Conclusion

The government recommends, and the parties have agreed, to a 108-month sentence.

Respectfully submitted,

JEROME F. GORGON
United States Attorney

*s/Zachary A. Zurek*
Zachary A. Zurek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0285
Zachary.zurek2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2026, the foregoing document was electronically filed with the Clerk of the Court of the Eastern District of Michigan using the ECF system.

*s/Zachary A. Zurek*
Zachary A. Zurek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0285
Zachary.zurek2@usdoj.gov